# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

MANOJ BAJPAI,

      Plaintiff,

v.           CIVIL ACTION NO. 3:25-CV-00005-L

FEDERAL RESERVE BANK OF DALLAS,

      Defendant.

## NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE of the following withdrawal and substitution of counsel on behalf of Defendant Federal Reserve Bank of Dallas:

| | |
|---|---|
| WITHDRAWING ATTORNEY: | Dorthy P. Lukens<br>PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, Texas 75201-3347<br>Email: dlukens@perkinscoie.com |
| SUBSTITUTING ATTORNEY: | M. Alexander Pratt<br>PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, Texas 75201-3347<br>Email: AlexanderPratt@perkinscoie.com |

This withdrawal and substitution of counsel shall be effective July 2, 2025. All further notices and pleadings, exclusive of original process, are to be served upon substituted counsel of record.

-2-

DATE: July 2, 2025

Respectfully submitted,

*/s/ Ann Marie Painter*
Ann Marie Painter
Texas Bar No. 00784715
AMPainter@perkinscoie.com

Dorthy Lukens
Texas Bar No. 24131473
DLukens@perkinscoie.com

M. Alexander Pratt
Texas Bar No. 24105953
AlexanderPratt @perkinscoie.com

**PERKINS COIE LLP**
500 N. Akard, Suite 3300
Dallas, TX 75201
Telephone: 214.965.7715
Facsimile: 214.965.7765

**ATTORNEYS FOR DEFENDANT
FEDERAL RESERVE BANK OF DALLAS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served July 2, 2025 to all counsel of record, via Choose Method of Service

ROGGE DUNN GROUP, P.C.
1201 Elm Street
Dallas, Texas 75270-2142
Rogge Dunn
Email: dunn@roggedunngroup.com
Bryan C. Collins
Email: collins@roggedunngroup.com

                                                */s/ Ann Marie Painter*
                                                Ann Marie Painter