# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MANOJ BAJPAI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-00005-L** |
| | § | |
| **FEDERAL RESERVE BANK OF DALLAS,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Unopposed Motion to Dismiss with Prejudice ("Motion") (Doc. 21), filed September 17, 2025. All matters in dispute in this action have been resolved by settlement. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, this action and all claims asserted, or could have been asserted, by Plaintiff Manoj Bajpai against Defendant Federal Reserve Bank of Dallas are **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 18th day of September, 2025.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page